UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                              :

ROSA ELBA DE PAULINO,                  :

                         Plaintiff,         :

              -v-                    :          26 Civ. 2084 (JPC)

                                              :

KAMAR SAMUELS and NEW YORK CITY    :          ORDER
DEPARTMENT OF EDUCATION,           :

                  Defendants.       :

                                            :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Counsel for all parties are ordered to appear before the undersigned for a conference on May 27, 2026, at 10:00 a.m., to discuss Defendants' premotion letter, Dkt. 9, and Plaintiff's letter response, Dkt. 10.  At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

      SO ORDERED.

Dated: May 18, 2026
      New York, New York                        JOHN P. CRONAN
                                     United States District Judge